

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-15-00262-CR, 04-15-00263-CR, & 04-15-00264-CR

Angel H. **LONGORIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2014CR9330, 2014CR5599A, & 2104CR5685A
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, these appeals are DISMISSED.

SIGNED September 9, 2015.

_____
Rebeca C. Martinez, Justice